# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:13-CV-00020-FL

| | | |
|---|---|---|
| JOY C. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC H. HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court upon Defendant's motion to stay discovery for thirty days to allow Defendant the opportunity to file dispositive motions to dismiss and for summary judgment. (DE-24). Further, Defendant requests that all discovery obligations be stayed pending the Court's resolution of these anticipated dispositive motions. Plaintiff does not consent to the motion, but has filed no response.

Requests for indefinite extensions of time are disfavored. Thus, to the extent Defendant seeks stay of all discovery obligations pending the Court's resolution of motions Defendant has not yet filed, the motion is DENIED. However, a temporary stay of discovery of thirty days is GRANTED. It is therefore ORDERED that discovery in this case is stayed and Defendant shall have thirty days from entry of this order to file dispositive motions to dismiss and for summary judgment.

In addition, at the status conference held March 11, 2013 in this case, the undersigned instructed the parties to confer and jointly submit a proposed revised case management order. The parties have not yet done so.

The parties are hereby DIRECTED to confer and submit to the Court a joint revised

case management order not later than April 15, 2013.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 25th day of March, 2013.

_____/s/ William A. Webb_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE