UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOY C. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-20-FL |
| ERIC H. HOLDER, ATTORNEY ) | |
| GENERAL, U.S. DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, directed to plaintiff's claim of retaliation, and motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6), directed to plaintiff's claim of gender discrimination.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 4, 2013, and for the reasons set forth more specifically therein, that defendant's motions for dismissal and summary judgment are granted.

**This Judgment Filed and Entered on November 4, 2013, and Copies To:**

James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)


November 4, 2013        JULIE A. RICHARDS, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk